NO. 07-10-0210-CV

                                                                              

                                                   IN
THE COURT OF APPEALS

 

                                       FOR
THE SEVENTH DISTRICT OF TEXAS

 

                                                                 AT
AMARILLO

 

                                                                      PANEL
B

 

                                                            OCTOBER
14, 2010

                                            ______________________________

 

                         In
the Matter of the Marriage of DUSTIN WAYNE SCHULZE

and KATIE DIANE SCHULZE and In the Interest of

J.S., A Child

_________________________________

 

                       FROM
THE 47th DISTRICT COURT OF RANDALL COUNTY;

 

                    NO.
60,293-A; HONORABLE RICHARD DAMBOLD, PRESIDING

                                           _______________________________

 

                                                  ORDER
DISMISSING APPEAL

    _______________________________

 

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant has filed a motion to dismiss.  Without passing on the merits of the case, we
grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. 
Having dismissed the appeal at appellant=s
request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.

 

 

Brian
Quinn

       Chief Justice